In the MATTER OF the Petition
of David M. WILLIAMS for
a Writ of Mandamus

No. 142, 2016

Supreme Court of Delaware.

Submitted: April 21, 2016
Decided: May 23, 2016

GRANTED.